IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| LANG HOLDINGS, INC., | ) Case No. 09-12543 (KJC) |
| a Delaware Corporation, et al., | ) |
| | ) Jointly Administered |
| Debtors. | ) |
| | ) |
| LANG HOLDINGS, INC., | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) Adv. Proc. No. 09-51960 (KJC) |
| | ) |
| TIMOTHY TOEPEL, | ) |
| | ) |
| Defendant. | ) |

## STIPULATION OF DISMISSAL

The parties, by and through their undersigned counsel of record, hereby stipulate and agree to the dismissal with prejudice of this action in accordance with Fed. R. Civ. P. 41 and Fed. R. Bankr. P. 7041. Each party shall bear his/its own costs and attorneys' fees. This adversary proceeding may be closed.

SULLIVAN · HAZELTINE · ALLINSON LLC

/s/ E.E. Allinson III
_____
Elihu E. Allinson, III (No. 3476)
4 East 8th Street, Suite 400
Wilmington, DE 19801
(302) 428-8191
(302) 428-8195/fax
zallinson@sha-llc.com

Co-counsel for Defendant

Dated: February 18, 2010

YOUNG CONAWAY STARGATT &
TAYLOR, LLP

_____
Curtis J. Crowther (No. 3238)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391
(302) 571-6755
(302) 576-3445/fax
ccrowther@ycst.com
*Counsel for Plaintiff*